JFP:mes 6731/60

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIBERTY INSURANCE UNDERWRITERS, INC. | ) | |
| VS. | ) | C.A. NO. 07-242 ML |
| PAUL M. FINSTEIN, THERESA HINDLE, AND DAVID HINDLE | ) | |

**STIPULATION**

Service of process is hereby acknowledged by the defendants, Theresa Hindle and David Hindle, as of July 25, 2007.

/s/ Joseph F. Penza, Jr.
Joseph F. Penza, Jr., Esq. #0607
Attorney for Plaintiff
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Jessica A. Basso
Jessica A. Basso, Esq. #
Attorney for Defendants Theresa Hindle & David Hindle
LAW OFFICES OF THOMAS RICCI
303 Jefferson Blvd.
Warwick, RI 02888
PHONE: (401) 921-4800
FAX: (401) 921-4805

DATED: 7/25/07