AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

LIBERTY INSURANCE UNDERWRITERS, INC.

## SUMMONS IN A CIVIL ACTION

v.

CASE NUMBER: 07-242 ML

PAUL M. FINSTEIN, THERESA HINDLE and DAVID HINDLE

TO: (Name and Address of Defendant) Paul M. Finstein
3010 Post Road
Warwick, RI 02886

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address) Joseph F. Penza, Jr., Esq.
530 Greenwich Avenue
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE July 9, 2007

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7-11-07 |
|---|---|
| NAME OF SERVER (PRINT) THOMAS J. SHERMAN | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 3010 POST Rd WARWICK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | [illegible] |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-11-07
*Date*

[signature]
*Signature of Server*

THOMAS J. SHERMAN
RI CONSTABLE #6102

111 WUNNEGIN CIRCLE WARWICK RI
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.