AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

LIBERTY INSURANCE UNDERWRITERS, INC.

V.

JL M. FINSTEIN, THERESA HINDLE, and DAVID HINI

**APPEARANCE**

Case Number: 07-242 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Paul M. Finstein

I certify that I am admitted to practice in this court.

7/31/2007
Date

S. Paul Ryan
Digitally signed by S. Paul Ryan
DN: CN = S. Paul Ryan, C = US
Reason: I am approving this document
Date: 2007.07.31 14:56:16 -04'00'
Signature

S. Paul Ryan 2264
Print Name Bar Number

670 Willett Avenue
Address

East Providence RI 02915
City State Zip Code

(401) 437-0660 (401) 433-1605
Phone Number Fax Number

Print Save As... Export as FDF Retrieve FDF File Reset