UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LIBERTY INSURANCE UNDERWRITERS, INC. :
:
-vs- : C.A. NO.: 07-242 ML
:
PAUL M. FINSTEIN, THERESA HINDLE, and :
DAVID HINDLE

**ANSWER OF DEFENDANTS,**
**THERESA HINDLE AND DAVID HINDLE**

JURISDICTION AND PARTIES

1. Defendants neither admit nor deny;

2. Defendants neither admit nor deny;

3. Defendants neither admit nor deny;

4. Defendants neither admit nor deny

5. Admit;

6. Admit;

FACTUAL ALLEGATIONS

I. Facts Relating to Underlying Case

7. Admit;

8. Admit;

9. Admit;

10. Admit;

11 Admit;

12. Admit;

13. Defendants neither admit nor deny;

14. Admit;

15. Admit;

II. Facts Relating to Malpractice Case Against Finstein

16. Admit;

17. Admit;

18. Defendants neither admit nor deny;

19. Admit;

20. Admit;

21. Admit;

22. Admit;

23. Admit;

24. Admit;

25. Admit;

III. Facts Relating to Finstein Notifying Liberty of the Claim

26. Defendants neither admit nor deny;

27. Defendants neither admit nor deny;

28. Defendants neither admit nor deny;

IV. Facts Relating to Insurance Policies Issued to Finstein

29. Defendants neither admit nor deny;

30. Defendants neither admit nor deny;

31. Defendants neither admit nor deny;

32. Defendants neither admit nor deny;

33. Defendants neither admit nor deny;

34. Defendants neither admit nor deny;

35. Defendants neither admit nor deny;

36. Defendants neither admit nor deny;

37. Defendants neither admit nor deny;

38. Defendants neither admit nor deny;

39. Defendants neither admit nor deny;

40. Defendants neither admit nor deny;

41. Defendants neither admit nor deny;

42. Defendants neither admit nor deny.

WHEREFORE, your Defendants, Theresa Hindle and David Hindle, hereby pray:

1. That the Plaintiff, Liberty, is found to have been and to be obligated to provide liability coverage to the Defendant, Finstein, relative to the Defendants' claims against Finstein;

2. That the Plaintiff, Liberty, is found to be obligated to defend and indemnify Finstein relative to the Defendants' claims against Finstein;

3. That the policies issued by Liberty to Finstein be found to have been in full force and effect at all times relevant hereto;

4. Any other such further relief as this Honorable Court deems meet and just.

Defendants, Theresa Hindle and David Hindle,
By Their Attorneys:

LAW OFFICE OF THOMAS R. RICCI

/S/ Jessica L. Basso

Thomas R. Ricci, Esq. #4165
Jessica L. Basso, Esq. #5885
303 Jefferson Boulevard
Warwick, Rhode Island 02888
(401) 921-4800
(401) 921-4805 (fax)

CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within Answer to the individual(s) named below via first-class mail, postage prepaid, on this 31st day of July, 2007:

Joseph F. Penza, Jr., Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886

S. Paul Ryan, Esq.
670 Willett Avenue
Riverside, Rhode Island 02915

/S/ Jessica L. Basso