JFP:pac 6731/60 \pleading/673160USDCStip.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LIBERTY INSURANCE UNDERWRITERS, INC. | ) | |
| VS. | ) | C.A. NO. 07-242 ML |
| PAUL M. FINSTEIN, THERESA HINDLE, and DAVID HINDLE | ) | |

**STIPULATION DISMISSING ACTION WITHOUT PREJUDICE**

The parties have agreed that in light of the fact there is third-party action pending in the Kent County Superior Court addressing the issues raised in this matter (i.e. declaratory judgment), that the case may be heard in the state court. In that context, the above-entitled matter is hereby dismissed without prejudice.

PLAINTIFF, Liberty Insurance Underwriters, Inc.
By its Attorney,

/s/ Joseph F. Penza, Jr.
Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DEFENDANTS, Theresa Hindle and
David Hindle
By their Attorney,

/s/ Jessica L. Basso
Jessica L. Basso, Esq. #5885
303 Jefferson Boulevard
Warwick, RI 02888
PHONE: (401) 921-4800
FAX: (401) 921-4805

DEFENDANT, Paul M. Finstein
By his Attorney,

/s/ S. Paul Ryan
S. Paul Ryan, Esq. #2264
670 Willett Avenue
East Providence, RI 02915
PHONE: (401) 437-0660
FAX: (401) 433-1605

**Dated: August 22, 2007**